IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| NANCY CUMMINGS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00400 SWW |
| | * | |
| KAY HOWELL, TONY PARK, and | * | |
| RANDY WATSON, | * | |
| | * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint. The relief sought is denied.

DATED this 29th day of June, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE